IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01538-EWN-OES

MARQUISE D. HARRIS,

Plaintiff,

vs.

NURSE CELLA, et al.,

Defendants.

---

RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

**Entered by O. Edward Schlatter, United States Magistrate Judge**

On June 17, 2005, plaintiff was ordered either to make his required monthly filing fee payments since February 15, 2005, or to show cause why he has no assets and no means by which to make these monthly payments. Plaintiff was warned that a failure to comply with that order would result in the dismissal of the complaint and the action. Plaintiff was granted until July 1, 2005, in which to comply with the directives of the order. To date, plaintiff has failed either to make a monthly payment or to show cause why he has no assets and no means by which to make the monthly payments. Therefore, plaintiff has failed to comply with the court's June 17, 2005, order. Accordingly, it is

RECOMMENDED that the complaint and the action be dismissed with prejudice for failure to comply with the court's June 17, 2005, order.

Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days after being served with a copy of this recommendation to file with the assigned District Judge any specific written objections to the findings of fact, conclusions of law, or recommendations of the Magistrate Judge as set forth in this document. The District Judge need not consider frivolous, conclusive, or general objections.

A party's failure to file specific written objections to the findings of fact, conclusions of law, or recommendations as set forth in this document **will bar** the party from **de novo** determination by the District Judge. See United States v. Raddatz, 447 U.S. 667, 676-83 (1980). Additionally, the failure to file specific written objections to the findings of fact, conclusions of law, or recommendations of the Magistrate Judge in this document **will bar** appellate review of the findings of fact, conclusions of law, or recommendations of the Magistrate Judge in this document. See Thomas v. Arn, 474 U.S. 140 (1985) Talley v. Hesse, 91 F.3d 1411 (10th Cir. 1996).

Dated at Denver, Colorado, this 6th day of July, 2005.

BY THE COURT:

s/ O. Edward Schlatter

O. Edward Schlatter
United States Magistrate Judge