IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01538–EWN–OES

MARQUISE D. HARRIS,

    Plaintiff,

v.

NURSE CONNEY CELLA,
NURSE MONTOYA,
P.A. HEAVENS,
P.A. ENGLAND,
DR. NEWFEILD,
DAVID HOLT,
JOE ORTIZ,
UGENE ATHERTSON,
CATHY SLACK,
LT. MORKERT,
C/O NOEL,
SGT. CATHCART,
NURSE PEGGY,

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed July 6, 2005. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation (Document 193) is ACCEPTED.

2. This action is hereby DISMISSED for failure to comply with court orders.

3. All other pending motions are DENIED as moot.

DATED this  5th  day of August, 2005.

                              BY THE COURT:

                              s/Edward W. Nottingham
                              EDWARD W. NOTTINGHAM
                              United States District Judge